PROB 22  
(Rev. 2/88)

CASE NUMBER *(Tran. Court)*  
2:10CR00798-001

# TRANSFER OF JURISDICTION

CASE NUMBER *(Rec. Court)*  
23cr 1049 (RMB)

| | | |
|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Anthony Ransom | DISTRICT<br>Eastern District<br>of Pennsylvania | DIVISION<br>Philadelphia |
| | NAME OF SENTENCING JUDGE<br>Harvey Bartle III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>12/20/2022   TO<br>12/19/2025 |

OFFENSE

18:2113(a) Bank robbery (Count One)  
0

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of New Jersey** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 6, 2023  
*Date*

*Harvey Bartle III*  
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **District of New Jersey**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/11/2023  
*Effective Date*

*Renée Marie Bumb*  
*United States District Judge*